NUMBERS 13-04-331-CV and 13-04-332-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

JOHN ANDERSON WHITE III,                                             Appellant,

v.

TDCJ-CID, ET AL.,                                                           Appellees.
_________________________________________________________

On appeal from the 343rd District Court
of Bee County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, JOHN ANDERSON WHITE III, perfected appeals from judgments
entered by the 343rd District Court of Bee County, Texas, in cause numbers B-03-1217-CV-C and B-03-1217-CV-C-1. The clerk’s records were filed on July 30, 2004. 
The reporter’s records were filed on July 12, 2004. Appellant’s briefs were due on
August 30, 2004. To date, no appellate briefs have been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On September 10, 2004, notice was given to all parties that these appeals were
subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten
days to explain why these causes should not be dismissed for failure to file a brief. 
To date, no response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeals should be dismissed for want of
prosecution. The appeals are hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Memorandum Opinion delivered and filed
this the 18th day of November, 2004